1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   DAVID J. GALLEGOS
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  KATHRYN MARGARET HORRIGAN

9

10
                   IN THE UNITED STATES DISTRICT COURT
11
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,        ) No. 2:11-CR-00282-GGH
15                                  )
              Plaintiff,            )
16                                  ) STIPULATION TO CONTINUE AND
       v.                           ) EXCLUDE TIME
17                                  )
   KATHRYN MARGARET HORRIGAN,       )
18                                  ) Date:  October 3, 2011
              Defendant.            ) Time:  9:00 a.m.
19                                  ) Judge: Hon. Gregory G. Hollows
   _____  )
20

21

22      IT IS HEREBY STIPULATED between the parties through their

23 respective counsel, David Peterson, Special Assistant United States

24 Attorney, and Linda C. Harter, Chief Assistant Federal Defender,

25 attorney for KATHRYN MARGARET HORRIGAN, and Certified Student Attorney,

26 David J. Gallegos, that the Court vacate the trial confirmation hearing

27 on September 19, 2011 at 9:00 a.m. and set the trial confirmation

28 hearing for October 3, 2011 at 9:00 a.m., and that the Court vacate the

1  jury trial for October 3, 2011 at 9:00 a.m. and set the jury trial for
2  October 17, 2011 at 9:00 a.m.
3       This continuance is requested because the parties are in the
4  process of plea negotiation.  The parties need more time to reach a
5  plea agreement.  The parties further agree that the time should be
6  excluded from the date of this [Proposed] Order until the trial
7  confirmation hearing which is set for October 3, 2011, pursuant to 18
8  U.S.C. Section § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time
9  to prepare).  The interests of justice served by granting this
10 continuance outweigh the best interests of the public and the defendant
11 in a speedy trial.  18 U.S.C. Section § 3161(h)(7)(A).
12
13 Dated:  September 15, 2011

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Linda C. Harter
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        KATHRYN MARGARET HORRIGAN

                                        /s/ David J. Gallegos
                                        DAVID J. GALLEGOS
                                        Certified Student Attorney

Dated:  September 15, 2011              BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ David Peterson
                                        DAVID PETERSON
                                        On behalf of JUSTIN LEE
                                        Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: September 16, 2011

                                        /s/ Gregory G. Hollows
                                        UNITED STATES MAGISTRATE JUDGE

-2-