1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | LINDA HARTER, #179741
Chief Assistant for the Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, CA  95814
4 | Tel: 916-498-5700   Fax: 916-498-5710
Attorneys for Defendant
5 | KATHRYN MARGARET HORRIGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:11-cr-282 AC |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADMIT/DENY HEARING |
| v. | ) Date:  November 25, 2013 |
| KATHRYN MARGARET HORRIGAN, | ) Time:  9:00 a.m. |
| Defendant. | ) Judge: Hon. Allison Claire |

IT IS HEREBY STIPULATED between the parties through their respective counsel, JUSTIN LEE, Assistant United States Attorney, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for KATHRYN MARGARET HORRIGAN, that the Court continue the admit/deny hearing on November 18, 2013 at 9:00 a.m. to November 25, 2013 at 9:00 a.m.

The reason for the continuance is that defense counsel is trying to find an appropriate inpatient drug treatment facility.  Probation has been contacted and agrees with the continuance.

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

| | | |
|---|---|---|
| 1 | DATED: November 15, 2013 | Respectfully submitted, |
| 2 | | |
| 3 | | HEATHER WILLIAMS<br>Federal Defender |
| 4 | | */s/Linda Harter* |
| 5 | | LINDA HARTER<br>Chief Assistant to the Federal Defender |
| 6 | | Attorneys for Defendant<br>KATHRYN MARGARET HORRIGAN |
| 7 | | |
| 8 | Dated: November 15, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |

*/s/ Linda C. Harter for*
JUSTIN LEE
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: November 18, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE