FILED

December 9, 2013

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:11CR00282-AC-1 |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| KATHRYN M. HORRIGAN, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __KATHRYN M. HORRIGAN__ , Case No. _

__2:11CR00282-AC-1__ , Charge __SUPERVISE RELEASE VIOLATION__ , from custody subject to

the conditions contained in the attached "Notice to Defendant Being Released" and for the following

reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        __ (Other) __

Issued at __Sacramento, CA__ on __December 9, 2013__ at __9:09 am__ .

By   /s/ Allison Claire/s/ Allison Claire

Allison Claire
United States Magistrate Judge

Copy 2 - Court