# United States District Court
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **KATHRYN MARGARET HORRIGAN** | (For Offenses committed on or after November 1, 1987) |
| (Defendant's Name) | Criminal Number: **2:11CR00282-001** |
| | Linda Harter, Assistant Federal Defender |
| | Defendant's Attorney |

**THE DEFENDANT:**

[✔] admitted guilt to violation of charge(s) I and II  as alleged in the violation petition filed on 10/30/2013 .
[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on ___.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge I | Unlawful use of a Controlled Substance | 08/14/2013, 10/14/2013 and 10/28/2013 |
| Charge II | Failure to Follow Instructions of the Probation Officer | 08/02/2013 |

The court: [✔] revokes:   [ ] modifies:   [ ] continues under same conditions of supervision heretofore ordered on   02/06/2012   .

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]   Charge(s) ___ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

12/09/2013
Date of Imposition of Sentence

*/s/ Allison Claire*

Signature of Judicial Officer

**ALLISON CLAIRE**, United States Magistrate Judge
Name & Title of Judicial Officer

12/17/2013
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of thirty (36) days .    No term of supervise release to follow.


[]         No TSR: Defendant shall cooperate in the collection of DNA.

[ ]        The court makes the following recommendations to the Bureau of Prisons:


[ ]        The defendant is remanded to the custody of the United States Marshal.


[ ]        The defendant shall surrender to the United States Marshal for this district.
           [ ]   at _____ on _____.
           [ ] as notified by the United States Marshal.


[ ]        The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
           [ ] before __ on _____.
           [ ] as notified by the United States Marshal.
           [ ] as notified by the Probation or Pretrial Services Officer.
           If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____


          Defendant delivered on _____   to _____

at _____ , with a certified copy of this judgment.



_____
UNITED STATES MARSHAL


By   _____
Deputy U.S.  Marshal